JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRANIK AMIRYAN,<br><br>               Petitioner,<br><br>   v.<br><br>B. BIRKHOLZ,<br><br>              Respondant. | Case No.: 2:23-cv-01663-MEMF-SK<br><br>**JUDGMENT** |

    Pursuant to the Order Denying Habeas Petition, IT IS ADJUDGED that this action is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: July 5, 2023

                                                        MAAME EWUSI-MENSAH FRIMPONG
                                                        United States District Judge